

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2018

No. 04-18-00364-CV

**IN THE INTEREST OF S.L.T., AND A.C.T., CHILDREN,**

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 33615
Honorable Robert Cadena, Judge Presiding

## O R D E R

Appellant's brief was originally due on September 28, 2018. Appellant did not file his brief or a motion for extension of time by that date. On October 10, 2018, we issued an order directing appellant to file his brief and a written response on or before October 22, 2018. Appellant filed a motion for extension of time to file his response and brief, requesting until October 29, 2018 to file the response and brief. We granted appellant's motion. On October 29, 2018, appellant filed a subsequent motion for extension of time to file his response and brief, requesting his deadline be extended by fourteen days. We granted appellant's motion and set the deadline for filing his response and brief as November 13, 2018. Appellant has not filed his response or brief.

Accordingly, we order appellant to file his response and appellant's brief on or before **December 17, 2018.**

**Failure to file appellant's response and brief by December 17, 2018, will result in dismissal of this appeal.** *See* TEX. R. APP. P. 38.8.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court